# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue
Garden City, N.Y. 11530
Tel: (516) 877-1234  Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

_____

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2024

June 12, 2024

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: GLEN STEGER V. LONG ISLAND RAILROAD COMPANY
    24 Civ. 2730 (MMG)

Dear Judge Garnett:

    I am plaintiff's counsel in the above-entitled case and write with consent of defense counsel to respectfully request that the Court adopt the dates proposed in the parties Proposed Case Management Plan (ECF#9 and #9.1) and cancel the initial conference schedule for Tuesday June 18, 2024.

    I will be out of the country on vacation and will not be able to attend the conference in person or virtually. The parties have many similar cases together and do not anticipate any issues herein. Therefore, we ask that Your Honor cancel the conference and schedule a status conference at a time convenient for the Court. Alternatively, if the Court wants to conduct an initial conference, I ask that it be adjourned to a date after my return on June 24, 2024. If the Court adjourns the conference, rather than cancelling it, the parties jointly request that it be converted to a virtual appearance rather than in person.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Sean Constable*

Sean Constable

---

Application GRANTED. The Initial Pretrial Conference scheduled for June 18, 2024 is ADJOURNED *sine die*. By separate Order, the Court has approved the parties' Case Management Plan and Scheduling Order. A Post-Fact Discovery Conference has been scheduled for **Tuesday, November 19, 2024** at 9:30a.m.

SO ORDERED. Dated June 13, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE